**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6717**

_____

LEO VINCENT POOLE,

        Plaintiff - Appellant,

     v.

JACK J. JOINER, Warden Federal Correctional Institution Estill, South Carolina; HUGH J. HURWITZ, Director Federal Correctional Institution Estill, South Carolina; DIRECTOR J. GORDON, Supervisory Correctional Systems Specialist Federal Correction Institution Estill, South Carolina,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Kevin Frank McDonald, Magistrate Judge.  (6:23-cv-06927-SAL)

_____

Submitted:  October 29, 2024                Decided:  January 13, 2025

_____

Before QUATTLEBAUM and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Leo Vincent Poole, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Vincent Poole seeks to appeal the magistrate judge's recommendation that the district court dismiss Poole's complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Poole seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*